Tyler J. Woods (State Bar No. 232464)
 twoods@trialnewport.com
Tu-Quyen Pham (State Bar No. 260864)
 tpham@trialnewport.com
**NEWPORT TRIAL GROUP**
A Professional Corporation
4100 Newport Place, Suite 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>EXCLUSIVE SUPPLEMENTS, INC. d/b/a BIORHYTHM,<br><br>Defendant | Case No. 3:13-cv-02160<br><br>**JOINT MOTION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**TO THE COURT AND ALL PARTIES:**

Plaintiff ThermoLife International, LLC and defendant Exclusive Supplements, Inc. d/b/a Biorhythm hereby jointly request that the Court dismiss this Action with prejudice in its entirety (including all affirmative claims and counterclaims) pursuant to 41(a)(1)(A)(ii). Each party is to bear its own fees and costs.

Dated: December 2, 2013        NEWPORT TRIAL GROUP

                               */s/ Tyler J. Woods*
                               Tyler J. Woods
                               Attorney for Plaintiff

Dated: December 2, 2013        TUCKER ELLIS LLP

                               */s/ Bart L. Kessel*
                               Bart L. Kessel
                               Attorneys for Defendants Exclusive
                               Supplements, Inc. d/b/a Biorhythm

**JOINT MOTION FOR DISMISSAL**                              13cv00883-JLS(MDD)

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2013, I electronically filed the foregoing **JOINT MOTION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/Tyler J Woods*
Tyler J Woods